# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 11, 2008

Charles R. Fulbruge III
Clerk

No. 07-40359
Summary Calendar

JOHNNY CRAWFORD, JR

Plaintiff-Appellee

v.

DOUG DRETKE

Defendants-Appellants

Appeal from the United States District Court
for the Southern District of Texas,
Corpus Christi
USDC No. 2:04-CV-335

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

For reasons explained by the United States Supreme Court in Johnson v. Jones, 515 U.S. 304, 319-20 (1995), we dismiss this appeal for lack of appellate jurisdiction.

DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.